IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADAOBI STELLA UDEOZOR | * |
| Petitioner | * |
| | * Civil No. PJM 09-1139 |
| v. | * Criminal No. PJM 03-470 |
| UNITED STATES OF AMERICA | * |
| Respondent | * |

## FINAL ORDER OF JUDGMENT

Having considered Adaobi Stella Udeozor's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody [Paper No. 192], and the Government's opposition thereto, it is, for the reasons stated in the accompanying Memorandum Opinion, this 28 day of July, 2010

**ORDERED**:

1. Petitioner Udeozor's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody [Paper No. 192] is **DENIED**; and

2. Any other pending Motions are **MOOT**;

3. The Clerk of Court is directed to **CLOSE** this case and mail a copy of this Order and the accompanying Memorandum Opinion to Plaintiff.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE