IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADAOBI STELLA UDEOZOR | * |
| Petitioner | * |
| | * |
| v. | * Civil No. PJM 09-1139 |
| | * Criminal No. PJM 03-470 |
| UNITED STATES OF AMERICA | * |
| Respondent | * |

## MEMORANDUM OPINION

Doctor Adaobi Stella Udeozor, proceeding *pro se*, has filed a Request for Issuance of a Certificate of Appealability [Document No. 232]. Having considered her request, the Request for Issuance of a Certificate of Appealability is **DENIED**.

I.

On August 18, 2004, Udeozor, along with her husband and codefendant George Udeozor, was charged with conspiracy, involuntary servitude, and harboring an alien for financial gain. Following a jury trial, she was convicted of the conspiracy and harboring charge, and found not guilty of the involuntary servitude charge. The Court sentenced her to 87 months imprisonment, followed by 3 years of supervised release, and ordered her to pay the victim, Chinelo Lucy Udeozor ("Chinelo"), $110,249.60 in restitution. On appeal, the United States Court of Appeals for the Fourth Circuit affirmed Udeozor's conviction and sentence. *United States v. Udeozor*, 515 F. 3d 260, 263-64 (4th Cir. 2008).

On May 4, 2009 Udeozor filed a Motion to Vacate under 28 U.S.C. §2255. On July 28, 2010 the Court issued an opinion denying Defendant's § 2255 Motion. Udeozor seeks to appeal this Court's order denying relief on her § 2255 Motion.

## II.

Rule 11(a) of the Rules Governing § 2255 Cases provides that the district court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *See Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Rose v. Lee*, 252 F.3d 676, 683-84 (4th Cir. 2001). The Court has considered the record and finds that Udeozor has not made the requisite showing. Accordingly, the Court denies a certificate of appealability.

## III.

For the forgoing reasons, Udeozor's Request for Issuance of a Certificate of Appealability [Document No. 232] is **DENIED**.

A separate Order will **ISSUE**.

October 21, 2010

/s/ Peter J. Messitte
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE